UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FLOYD G. PERKINS,

    Petitioner,                              Case No. 2:08-cv-139

v.                                            HON. ROBERT HOLMES BELL

G. MCQUIGGIN,

    Respondent.

**ORDER DENYING PETITION TO PROCEED *IN FORMA PAUPERIS***

        Petitioner seeks to file a petition under 28 U.S.C. § 2254 for a writ of habeas corpus as a pauper and has filed a Declaration in Support of Request to Proceed *In Forma Pauperis*. A statement of account provided by an authorized officer of the Michigan Department of Corrections certifies that petitioner has a balance of $168.81 on account to his credit at the Baraga Maximum Correctional Facility where he is confined.

        Since it appears from the statement of account that petitioner has sufficient funds to pay a nominal $5.00 filing fee, petitioner's motion to proceed *In Forma Pauperis* is denied. Petitioner is hereby given thirty (30) days from the date of entry of this order to pay the $5.00 filing fee in order to proceed with this case. Failure of petitioner to submit payment of the filing fee will result in dismissal of this case for want of prosecution.

        IT IS SO ORDERED.

Date:    June 30, 2008                    /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                    CHIEF UNITED STATES DISTRICT JUDGE